IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Laborers' International Union of North America, Local 1410 | : | |
| | : | |
| Plaintiff(s), | : | Case No. 3:11-cv-369 |
| | : | |
| - vs - | : | |
| | : | Judge Walter Herbert Rice |
| Corbitt & Sons Construction Co. | : | |
| | : | |
| Defendant(s). | : | |

## ORDER

It is hereby ordered that the above captioned cause be stayed and administratively processed.

March 6, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Defendant in Bankruptcy"