IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Laborers' International Union of
North America, Local 1410

     Plaintiff(s),

- vs -

Corbitt & Sons Construction Co.

     Defendant(s).

Case No. 3:11-cv-369

Judge Walter Herbert Rice

## ORDER

It is hereby ordered that the above captioned cause be stayed and administratively processed.

March 6, 2012

*(signature)*

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Defendant in Bankruptcy"